RICHARD E. WINNIE [68048]
County Counsel
Jeanine B. Nadel [106996]
Assistant County Counsel
County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612-4296
Telephone: (510) 272-6700

Attorneys for Defendants
County of Alameda, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS, et al.<br><br>                   Plaintiffs<br>vs.<br><br>COUNTY OF ALAMEDA, et al.<br>                   Defendants | No. 04-27259 (JCS)<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

NOTICE IS HEREBY GIVEN that, in place and instead of Jeanine B. Nadel, Assistant County Counsel, all future legal documents and correspondence should be addressed as follows:

> Richard E. Winnie, County Counsel
> Office of the County Counsel, County of Alameda
> Donna R. Ziegler, Assistant County Counsel
> Jason F. Lauren, Deputy County Counsel
> 1221 Oak Street, Suite 450
> Oakland, California 94612
> (510) 272-6700
> (510) 272-5020 (fax)
> Emails: donna.ziegler@acgov.org
>              jason.lauren@acgov.org

DATED: July 28, 2005          RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By _____/S/_____

Jeanine B. Nadel
Assistant County Counsel
Attorneys for Defendants

1  Dated: Aug. 11, 2005

