

# COUNTY COUNSEL

1221 Oak Street, Suite 450, Oakland, California 94612-4296
Telephone (510) 272-6700                Fax (510) 272-5020

RICHARD E. WINNIE
COUNTY COUNSEL

August 18, 2005

The Honorable Joseph C. Spero
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

       Re:    Santos v. Alameda County, C-04-2725 (JCS)
               <u>Case Management Conference – August 19, 2005, 1:30 p.m.</u>

Dear Judge Spero:

This letter is written to request permission to appear telephonically at the status conference set for August 19, 2005 at 1:30 p.m. Due to the departure from our office of the attorney previously assigned to this matter, Jeanine Nadel, and the vacation schedule of the attorney who worked with Ms. Nadel, I was only recently assigned to cover this matter. I only learned of the need for me to cover this matter after Ms. Nadel departed, and I returned from vacation and learned that the other attorney assigned would be on vacation. I have a calendar conflict that will make it challenging for me to travel from Oakland to San Francisco and arrive timely if I am required to appear in person.

Additionally, it is my understanding that the parties are working diligently to finalize the settlement language and that the conference should be brief.

Thank you for your consideration of this request, and I look forward to your response. My direct line is (510) 272-6713.

Dated: 8/18/05

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

RICHARD E. WINNIE
County Counsel

By
Donna R. Ziegler
Assistant County Counsel

cc: Jason Lauren
     Stephen Ronfeldt
     Sid Wolinsky
     Kevin Knestrick