1  SID WOLINSKY (State Bar No. 33716)
   KEVIN KNESTRICK (State Bar No. 229620)
2  DISABILITY RIGHTS ADVOCATES
   449 Fifteenth Street, Suite 303
3  Oakland, California 94612
   Telephone:   (510) 451-8644
4  Facsimile:   (510) 451-8511
   TTY:         (510) 451-8716
5
   STEPHEN RONFELDT (State Bar No. 41044)
6  The Public Interest Law Project
   449 15th Street, Suite 301
7  Oakland, California 94612
   Telephone:   (510) 891-9794 Ext. 127
8  Facsimile:   (510) 891-9727

9  RICHARD A. ROTHSCHILD (State Bar No. 67356)
   ROBERT D. NEWMAN (State Bar No. 86534)
10 WESTERN CENTER ON LAW AND POVERTY
   3701 Wilshire Boulevard, Suite 208
11 Los Angeles, CA 90010
   Telephone:   (213) 487-7211 Ext.19
12 Facsimile:   (213) 487-0242

13 MARIA FOSCARINIS
   REBECCA TROTH
14 National Law Center on Homelessness & Poverty
15 1411 K Street NW, Suite 1400
   Washington DC 20005
16 Telephone: (202) 638-2535
   Facsimile: (202) 628-2737
17
   Attorneys for Plaintiffs

13 RICHARD E. WINNIE (State Bar. No. 68048)
   JASON F. LAUREN (State Bar No. 115015)
14 DONNA R. ZIEGLER (State Bar No. 142415)
   Office of the County Counsel, Alameda County
15 1221 Oak Street, Suite 450
   Oakland, California 94612-4296
16 Telephone: (510)272-6700
   Attorneys for Defendants, County of Alameda, et al.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SANTOS, DIANE QUALLS, and REBECCA JOHNSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ALAMEDA, BOARD OF SUPERVISORS OF ALAMEDA COUNTY, ALAMEDA COUNTY SOCIAL SERVICES AGENCY, and CHET HEWITT, in his capacity official capacity as Director of the Alameda County Social Services Agency; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. C04-02725 (JCS) <br><br> [~~Proposed~~] ORDER RE: JOINT STIPULATION FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE <br><br> JUDGE:  Hon. Joseph C. Spero <br> DEPT:  Courtroom 15th Floor |

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Having reviewed the parties' Joint Stipulation regarding the finalization of a settlement |
| 3 | agreement the Court hereby continues the parties' August 19, 2005 Case Management |
| 4 | Conference to September 23, 2005 at 1:30 p.m. In accordance with this Court's standing orders |
| 5 | and the Local Rules the parties will jointly prepare an updated Joint Case Management Statement |
| 6 | in advance of the Case Management Conference. |
| 7 | |
| 8 | Dated: August 22, 2005 _____ |
| 9 | THE HONORABLE JOSEPH C. SPERO |
| | UNITED STATES MAGISTRATE JUDGE |

*Santos v. County of Alameda*, Case No.: C04-02725
[~~Proposed~~] Order re: Joint Stipulation for Continuation of Case Management Conference

1