SID WOLINSKY (State Bar No. 33716)
KEVIN KNESTRICK (State Bar No. 229620)
DISABILITY RIGHTS ADVOCATES
449 Fifteenth Street, Suite 303
Oakland, California 94612
Telephone: (510) 451-8644
Facsimile: (510) 451-8511
TTY: (510) 451-8716

STEPHEN RONFELDT (State Bar No. 41044)
The Public Interest Law Project
449 15th Street, Suite 301
Oakland, California 94612
Telephone: (510) 891-9794 Ext. 127
Facsimile: (510) 891-9727

RICHARD A. ROTHSCHILD (State Bar No. 67356)
ROBERT D. NEWMAN (State Bar No. 86534)
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211 Ext.19
Facsimile: (213) 487-0242

MARIA FOSCARINIS
REBECCA TROTH
National Law Center on Homelessness & Poverty
1411 K Street NW, Suite 1400
Washington DC 20005
Telephone: (202) 638-2535
Facsimile: (202) 628-2737

Attorneys for Plaintiffs

RICHARD E. WINNIE (State Bar. No. 68048)
JASON F. LAUREN (State Bar No. 115015)
CALVIN C. JAMES (State Bar No. 98121)
Office of the County Counsel, Alameda County
1221 Oak Street, Suite 450
Oakland, California 94612-4296
Telephone: (510)272-6700
Attorneys for Defendants, County of Alameda, et al.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SANTOS, DIANE QUALLS, and REBECCA JOHNSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, BOARD OF SUPERVISORS OF ALAMEDA COUNTY, ALAMEDA COUNTY SOCIAL SERVICES AGENCY, and CHET HEWITT, in his capacity official capacity as Director of the Alameda County Social Services Agency; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C04-02725 (JCS)<br><br>**JOINT STIPULATION RE: EXTENSION OF TIME TO NEGOTIATE ATTORNEYS' FEES AND COSTS: REQUEST FOR COURT ORDER**<br><br>JUDGE: Hon. Joseph C. Spero<br>DEPT: Courtroom 15th Floor |

*Santos v. County of Alameda,* Case No.: C04-02725
Joint Stipulation Re: Extension of Time to Negotiate Attorneys' Fees and Costs

1

## STIPULATION

On October 5, 2005 the Court approved the Settlement Agreement in the above-referenced case. Section XI of the Agreement, Attorneys' Fees, Costs and Expenses, provides:

> The resolution of Plaintiffs' claims for attorneys' fees, costs and expenses remains under the jurisdiction of the Court. The parties agree to meet and confer to attempt to settle all claims for attorneys' fees, costs and expenses for any work performed by Plaintiffs' counsel and their firms in connection with this litigation up until the date this Agreement is approved by the Court. If the parties are unable to reach an agreement within 90 days from the effective date of this agreement, Plaintiffs may file a motion with the Court for an award of reasonable attorneys' fees, costs and expenses.

Counsel for plaintiffs and defendants have agreed to extend their deadline for meeting and conferring to attempt to settle plaintiffs' claims for attorneys' fees and costs from January 5, 2005 to March 6, 2005. Because the resolution of attorneys' fees and costs is under the jurisdiction of the Court, the parties are requesting that the Court authorize this stipulated modification of their Agreement.

Respectfully Submitted,

DATED: *December 21*, 2005

Kevin Knestrick
DISABILITY RIGHTS ADVOCATES
449 15th Street, Suite 303
Oakland, California 94612

By: *[signature]*
Kevin Knestrick
Attorneys for Plaintiffs

DATED: _____, 2005

Richard E. Winnie
Jason F. Lauren
OFFICE OF THE COUNTY COUNSEL,
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, California 94612-4296

By: _____
Calvin C. James
Attorneys for Defendant

*Santos v. County of Alameda*, Case No.: C04-02725
Joint Stipulation Re: Extension of Time to Negotiate Attorneys' Fees and Costs

2

## STIPULATION

On October 5, 2005 the Court approved the Settlement Agreement in the above-referenced case. Section XI of the Agreement, Attorneys' Fees, Costs and Expenses, provides:

> The resolution of Plaintiffs' claims for attorneys' fees, costs and expenses remains under the jurisdiction of the Court. The parties agree to meet and confer to attempt to settle all claims for attorneys' fees, costs and expenses for any work performed by Plaintiffs' counsel and their firms in connection with this litigation up until the date this Agreement is approved by the Court. If the parties are unable to reach an agreement within 90 days from the effective date of this agreement, Plaintiffs may file a motion with the Court for an award of reasonable attorneys' fees, costs and expenses.

Counsel for plaintiffs and defendants have agreed to extend their deadline for meeting and conferring to attempt to settle plaintiffs' claims for attorneys' fees and costs from January 5, 2005 to March 6, 2005. Because the resolution of attorneys' fees and costs is under the jurisdiction of the Court, the parties are requesting that the Court authorize this stipulated modification of their Agreement.

Respectfully Submitted,

DATED: _____, 2005      Kevin Knestrick
                                  DISABILITY RIGHTS ADVOCATES
                                  449 15th Street, Suite 303
                                  Oakland, California 94612

                             By: _____
                                  Kevin Knestrick
                                  Attorneys for Plaintiffs

DATED: _____, 2005      Richard E. Winnie
                                  Jason F. Lauren
                                  OFFICE OF THE COUNTY COUNSEL,
                                  COUNTY OF ALAMEDA
                                  1221 Oak Street, Suite 450
                                  Oakland, California 94612-4296

                             By: /s/ Calvin C. James
                                  Calvin C. James
                                  Attorneys for Defendant

1   IT IS SO ORDERED

2
    DATED: Jan. 3    , ~~2005~~ 2006
3
                                            _____
4                                           The Honorable Joseph C. Spero

5

6   \\

*Santos v. County of Alameda*, Case No.: C04-02725
Joint Stipulation Re: Extension of Time to Negotiate Attorneys' Fees and Costs

3