1  SID WOLINSKY (State Bar No. 33716)
   KEVIN KNESTRICK (State Bar No. 229620)
2  DISABILITY RIGHTS ADVOCATES
   449 Fifteenth Street, Suite 303
3  Oakland, California 94612
   Telephone:  (510) 451-8644
4  Facsimile:  (510) 451-8511
   TTY:        (510) 451-8716
5
   STEPHEN RONFELDT (State Bar No. 41044)
6  The Public Interest Law Project
   449 15th Street, Suite 301
7  Oakland, California 94612
   Telephone:  (510) 891-9794 Ext. 127
8  Facsimile:  (510) 891-9727

9  RICHARD A. ROTHSCHILD (State Bar No. 67356)
   ROBERT D. NEWMAN (State Bar No. 86534)
10 WESTERN CENTER ON LAW AND POVERTY
   3701 Wilshire Boulevard, Suite 208
11 Los Angeles, CA 90010
   Telephone:  (213) 487-7211 Ext.19
12 Facsimile:  (213) 487-0242

13 MARIA FOSCARINIS                                RICHARD E. WINNIE (State Bar. No. 68048)
   REBECCA TROTH                                   JASON F. LAUREN (State Bar No. 115015)
14 National Law Center on Homelessness &           CALVIN C. JAMES (State Bar No. 98121)
   Poverty                                         Office of the County Counsel, Alameda County
15 1411 K Street NW, Suite 1400                    1221 Oak Street, Suite 450
   Washington DC 20005                             Oakland, California 94612-4296
16 Telephone: (202) 638-2535                       Telephone: (510)272-6700
   Facsimile: (202) 628-2737                       Attorneys for Defendants, County of Alameda,
17                                                 et al.
   Attorneys for Plaintiffs

18                    UNITED STATES DISTRICT COURT
19                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SANTOS, DIANE QUALLS, and REBECCA JOHNSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, BOARD OF SUPERVISORS OF ALAMEDA COUNTY, ALAMEDA COUNTY SOCIAL SERVICES AGENCY, and CHET HEWITT, in his capacity official capacity as Director of the Alameda County Social Services Agency; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C04-02725 (JCS)<br><br>**JOINT STIPULATION REQUESTING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE MARIA-ELENA JAMES RE: ISSUE OF ATTORNEYS' FEES AND COSTS**<br><br>JUDGE: Hon. Joseph C. Spero<br>DEPT: Courtroom 15th Floor |

| | |
|---|---|
| 1 | JOINT STIPULATION |

On October 5, 2005 the Court approved the Settlement Agreement in the above-referenced case. The Agreement left the issue of Plaintiffs' Attorneys' Fees and Costs for further negotiation. The parties have tried to resolve this issue between themselves, requesting and receiving two extensions of time (January 5, 2006 to March 6, 2006) and (March 6, 2006 to May 8, 2006) to allow for further negotiations. At this point in time, the parties believe it would be helpful to participate in a Settlement Conference before Magistrate Judge James (who presided over the parties' Settlement Conferences regarding substantive issues and who is familiar with the case) in order to advance their negotiations. Accordingly, the parties hereby request assignment to Judge Maria-Elena James for a Settlement Conference on the issue of attorneys' fees and costs at a time and date that is mutually agreeable with both parties and the Court.

Respectfully Submitted,

DATED: March 16, 2006

Kevin Knestrick
DISABILITY RIGHTS ADVOCATES
449 15th Street, Suite 303
Oakland, California 94612

By: _____
Kevin Knestrick
Attorneys for Plaintiffs

DATED: _____, 2005

Richard E. Winnie
Jason F. Lauren
OFFICE OF THE COUNTY COUNSEL,
COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, California 94612-4296

By: _____
Calvin C. James
Attorneys for Defendant

IT IS SO ORDERED

DATED: 3/20, 2006

_____
The Honorable Joseph C. Spero