SID WOLINSKY (State Bar No. 33716)
KEVIN KNESTRICK (State Bar No. 229620)
DISABILITY RIGHTS ADVOCATES
449 Fifteenth Street, Suite 303
Oakland, California 94612
Telephone: (510) 451-8644
Facsimile: (510) 451-8511
TTY: (510) 451-8716

STEPHEN RONFELDT (State Bar No. 41044)
The Public Interest Law Project
449 15th Street, Suite 301
Oakland, California 94612
Telephone: (510) 891-9794 Ext. 127
Facsimile: (510) 891-9727

RICHARD A. ROTHSCHILD (State Bar No. 67356)
ROBERT D. NEWMAN (State Bar No. 86534)
WESTERN CENTER ON LAW AND POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Telephone: (213) 487-7211 Ext.19
Facsimile: (213) 487-0242

MARIA FOSCARINIS
REBECCA TROTH
National Law Center on Homelessness & Poverty
1411 K Street NW, Suite 1400
Washington DC 20005
Telephone: (202) 638-2535
Facsimile: (202) 628-2737

Attorneys for Plaintiffs

RICHARD E. WINNIE (State Bar. No. 68048)
JASON F. LAUREN (State Bar No. 115015)
CALVIN C. JAMES (State Bar No. 98121)
Office of the County Counsel, Alameda County
1221 Oak Street, Suite 450
Oakland, California 94612-4296
Telephone: (510)272-6700
Attorneys for Defendants, County of Alameda, et al.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SANTOS, DIANE QUALLS, and REBECCA JOHNSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, BOARD OF SUPERVISORS OF ALAMEDA COUNTY, ALAMEDA COUNTY SOCIAL SERVICES AGENCY, and CHET HEWITT, in his capacity official capacity as Director of the Alameda County Social Services Agency; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. C04-02725 (JCS)<br><br>**THE PARTIES' THIRD JOINT STIPULATION RE: EXTENSION OF TIME TO NEGOTIATE ATTORNEYS' FEES AND COSTS: REQUEST FOR COURT ORDER**<br><br>JUDGE: Hon. Joseph C. Spero<br>DEPT: Courtroom 15th Floor |

*Santos v. County of Alameda,* Case No.: C04-02725
Joint Stipulation Re: Extension of Time to Negotiate Attorneys' Fees and Costs

1

# STIPULATION

On October 5, 2005 the Court approved the Settlement Agreement in the above-referenced case. Section XI of the Agreement, Attorneys' Fees, Costs and Expenses, provides:

> The resolution of Plaintiffs' claims for attorneys' fees, costs and expenses remains under the jurisdiction of the Court. The parties agree to meet and confer to attempt to settle all claims for attorneys' fees, costs and expenses for any work performed by Plaintiffs' counsel and their firms in connection with this litigation up until the date this Agreement is approved by the Court. If the parties are unable to reach an agreement within 90 days from the effective date of this agreement, Plaintiffs may file a motion with the Court for an award of reasonable attorneys' fees, costs and expenses.

Counsel for plaintiffs and defendants previously agreed, and the Court approved, of two extensions of the deadline for the parties to meet and confer to settle plaintiffs' claims for attorneys' fees and costs. The most recent court-approved stipulation extended the deadline from March 6, 2006 until May 8, 2006. Since the parties were unable to resolve the attorney fee issue through direct negotiations, the parties agreed to seek assistance, filing a Joint Stipulation requesting a settlement conference before Magistrate Judge Maria-Elena James. This Court approved the stipulation on March 20, 2006.

The parties are now working cooperatively to schedule a mutually agreeable date and time before Judge James. Accordingly, the parties request an extension of 90 days, until **August 8, 2006**, to resolve the attorney fee issue. As the resolution of attorneys' fees and costs remains under the jurisdiction of the Court, the parties are requesting that the Court authorize this stipulated modification of their Agreement.

Respectfully Submitted,

DATED: May 1, 2006

Kevin Knestrick
DISABILITY RIGHTS ADVOCATES
449 15th Street, Suite 303
Oakland, California 94612

By: /s/ Kevin Knestrick
Kevin Knestrick
Attorneys for Plaintiffs

*Santos v. County of Alameda*, Case No.: C04-02725
Joint Stipulation Re: Extension of Time to Negotiate Attorneys' Fees and Costs

2

1  DATED: _____, 2006      Richard E. Winnie
2                                Jason F. Lauren
                                 OFFICE OF THE COUNTY COUNSEL,
3                                COUNTY OF ALAMEDA
                                 1221 Oak Street, Suite 450
4                                Oakland, California 94612-4296

5                          By: _____
                                 Calvin C. James
6                                Attorneys for Defendant

7  IT IS SO ORDERED

8

9

10  DATED: May 2 __, 2006        The Hon. _____ Spero
                                 Judge Joseph C. Spero
11

12

13 \\\\Server\cases\Santos.AlamedaFood\Settlement\Fees and Costs\Stip to Extend_3.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*Santos v. County of Alameda*, Case No.: C04-02725
Joint Stipulation Re: Extension of Time to Negotiate Attorneys' Fees and Costs

3