RICHARD E. WINNIE [68048]
County Counsel
By: RICHARD R. KARLSSON [71421]
Chief Assistant County Counsel
By: MAISIE C. SOKOLOVE [239665]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorneys for County of Alameda

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FRANK SANTOS, DIANE QUALLS, and REBECCA JOHNSON, on behalf of themselves and all others similarly situated,<br>                                  Plaintiffs,<br>v.<br>COUNTY OF ALAMEDA, BOARD OF SUPERVISORS OF ALAMEDA COUNTY, ALAMEDA COUNTY SOCIAL SERVICES AGENCY, and CHET HEWITT, in his official capacity as Director of the Alameda County Social Services Agency; and DOES 1-10, inclusive,<br>                                  Defendants. | Case No.: C04-02725 (JCS)<br><br>STIPULATION AND ORDER RE ATTORNEYS' FEES AND COSTS |
|---|---|

      IT IS HEREBY STIPULATED by the parties, through their respective attorneys of record, that:

      1.    Plaintiffs have made a demand for reasonable attorneys' fees and costs to defendants, and the parties have reached a mutually satisfactory resolution of plaintiffs' claim.

      2.    Defendants agree to pay plaintiffs the sum of $465,000 as and for attorneys' fees, costs, and expenses incurred by plaintiffs.

      3.    Defendants will pay the $465,000 to the Disability Rights Advocates within 90 days of the date on which this Stipulation and Order is signed by the Judge.

4.      In the event that defendants do not pay the $465,000 within the 90 day period described in paragraph 3 above, daily interest at the statutory rate [28 USCS §1961 (b)] will begin to accrue on the principal amount beginning on the 91st day and continuing thereafter until the principal amount is paid.

5.      Upon payment of the $465,000.00, plaintiffs will release defendants from all liability for attorneys' fees, costs and expenses in connection with all litigation in this case, including ongoing and continued meetings with the Joint Expert regarding implementation of the settlement, except that after the Effective Date of this Stipulation and Order plaintiffs do not release defendants from any potential liability for any attorneys' fees, costs and expenses incurred; 1) after 30 days following the initiation of any Dispute Resolution Process or 2) in connection with any legal action or motion brought by the plaintiffs to enforce the Settlement Agreement or Stipulation Order, signed by the Court on October 5, 2005.

6.      The Court may enter the following order, approving the terms of this Stipulation and directing the parties to comply with its terms.

7.      This Stipulation may be signed in counterparts and facsimile signatures may be submitted in lieu of originals.

8.      The Effective Date of this Stipulation and Order is the date that this Order is signed by the Judge.

IT IS SO STIPULATED:

DATED:    October 31, 2006           RICHARD E. WINNIE, County Counsel in and for
                                     the County of Alameda, State of California

                                     By _____
                                           RICHARD R. KARLSSON
                                           Chief Assistant County Counsel

                                     Attorney for County of Alameda

| | |
|---|---|
| DATED: 11/6/06 | DISABILITY RIGHTS ADVOCATES<br><br>By _____<br>KEVIN KNESTRICK, Attorney<br><br>Attorney for Plaintiffs |
| DATED: 11/1/06 | THE PUBLIC INTEREST LAW PROJECT<br><br>By _____<br>STEPHEN RONFELDT, Attorney<br><br>Attorney for Plaintiffs |
| DATED: _____ | WESTERN CENTER ON LAW AND POVERTY<br><br>By _____<br>ROBERT D. NEWMAN, Attorney<br><br>Attorney for Plaintiffs |
| DATED: _____ | NATIONAL LAW CENTER ON HOMELESSNESS AND POVERTY<br><br>By _____<br>CATHY BENDOR, Attorney<br><br>Attorney for Plaintiffs |

ORDER

Good cause appearing from the foregoing Stipulation of the parties, IT IS ORDERED that the parties comply with the terms of this Stipulation.

DATED:_____    _____
                         UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| DATED: _____ | DISABILITY RIGHTS ADVOCATES<br><br>By _____<br>KEVIN KNESTRICK, Attorney<br><br>Attorney for Plaintiffs |
| DATED: _____ | THE PUBLIC INTEREST LAW PROJECT<br><br>By _____<br>STEPHEN RONFELDT, Attorney<br><br>Attorney for Plaintiffs |
| DATED: *November 2, 2006* | WESTERN CENTER ON LAW AND POVERTY<br><br>By *[signature]*<br>ROBERT D. NEWMAN, Attorney<br><br>Attorney for Plaintiffs |
| DATED: _____ | NATIONAL LAW CENTER ON HOMELESSNESS AND POVERTY<br><br>By _____<br>CATHY BENDOR, Attorney<br><br>Attorney for Plaintiffs |

## ORDER

Good cause appearing from the foregoing Stipulation of the parties, IT IS ORDERED that the parties comply with the terms of this Stipulation.

DATED: _____    _____
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| 1  DATED: _____ | DISABLE RIGHTS ADVOCATES |
| 2 | By _____ |
| 3 | KEVIN KNESTRICK, Attorney |
| 4 | Attorney for Plaintiffs |

1  DATED: _____          DISABILITY RIGHTS ADVOCATES

                                   By _____
                                      KEVIN KNESTRICK, Attorney

                                   Attorney for Plaintiffs


6  DATED: _____          THE PUBLIC INTEREST LAW PROJECT

                                   By _____
                                      STEPHEN RONFELDT, Attorney

                                   Attorney for Plaintiffs


11 DATED: _____          WESTERN CENTER ON LAW AND POVERTY

                                   By _____
                                      ROBERT D. NEWMAN, Attorney

                                   Attorney for Plaintiffs


16 DATED: _____          NATIONAL LAW CENTER ON HOMELESSNESS
                                   AND POVERTY

                                   By /s/ Maria Foscarinis
                                      ~~CATHY BENDOR~~, Attorney
                                      MARIA FOSCARINIS

                                   Attorney for Plaintiffs


                                   ORDER

Good cause appearing from the foregoing Stipulation of the parties, IT IS ORDERED that the parties comply with the terms of this Stipulation.


DATED: November 7, 2006

                                   _____
                                   UNITED STATES MAGISTRATE JUDGE
                                   Judge Joseph C. Spero

---

STIPULATION AND ORDER RE ATTORNEYS' FEES AND COSTS/Case No. C-04-0275 (JCS)                    3