## [~~PROPOSED~~] ORDER

Having reviewed the parties' STIPULATION REQUESTING COURT APPROVAL TO VOLUNTARILY DISMISS ACTION and good cause appearing, the Court hereby dismisses with prejudice, Case No. C-04-2725 JCS (MEJ). This dismissal applies only to named plaintiffs Frank Santos, Dianne Qualls, and Rebecca Johnson.

APPROVED AND SO ORDERED:

DATED: \_\_\_\_June 17\_\_\_\_, 2009

_/s/ Judge Joseph C. Spero_

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1